# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **EDIN JOSUE MEJIA ACOSTA,** | * |
| Petitioner, | * |
| v. | * Civ. No.: MJM-26-0086 |
| **KRISTI NOEM,** *et al.*, | * |
| Respondents. | * |

## ORDER

For reasons stated on the record during the virtual hearing on February 20, 2026, it is by the United States District Court for the District of Maryland hereby ORDERED that:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 5) are DENIED;

2. The Clerk SHALL CLOSE this case.

It is so ORDERED this 20th day of February, 2026.

_____/S/_____
Matthew J. Maddox
United States District Judge